THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LUCIA FLORES, DONNA RUCKER, JASON STEBBINS, SANDY WHITE, JULIE BLOOM STEBBINS, CHERI ANNE CLARKE, and, BECKY WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON.COM SERVICES,INC.<br><br>Defendants. | Case No.: 2:21-cv-00873-BJR<br><br>**STIPULATED MOTION TO TRANSFER VENUE AND ORDER** |

## **STIPULATION**

Plaintiffs Lucia Flores, Donna Rucker, Jason Stebbins. Sandy White, Julie Bloom Stebbins, Cheri Anne Clarke, and Becky White ("Plaintiffs") and Defendants Amazon.com, Inc. and Amazon.com Services, Inc. ("Amazon") jointly stipulate and move the Court as follows:

WHEREAS, Plaintiffs originally filed this action in the United Stated District Court for the Western District of Washington;

WHEREAS, pursuant to Defendants' request, discussions between the parties, and 28 U.S.C. § 1404(a), all parties consent to transfer venue to the United States District Court for the Northern District of Illinois ("N.D. Ill.");

WHEREAS, the convenience of the parties and witnesses are likely to be advanced by transfer because relevant evidence and witnesses are likely to be located within the N.D. Ill.;

WHEREAS, the interests of justice and judicial economy are likely to be advanced by transfer to the N.D. Ill. because an action pending in that district concerns substantially the same parties, property, transaction, or event as alleged in this action, namely that this action and the action in the N.D. Ill. set forth claims under the Illinois Biometric Information Privacy Act arising from the use of Amazon's Alexa-enabled devices and the recording of users' voices during the operation of Alexa allegedly without their consent;

NOW, THEREFORE, in consideration of the foregoing, Plaintiffs and Amazon certify that they have met and conferred and agree and hereby stipulate to transfer this action to the United States District Court for the Northern District of Illinois.

Dated: July 29, 2021                          Respectfully submitted,

                                              FENWICK & WEST LLP

                                              By:  s/ Brian D. Buckley
                                                   Brian D. Buckley, WSBA No. 26423

                                              FENWICK & WEST LLP
                                              1191 Second Avenue, 10th Floor
                                              Seattle, WA  98101
                                              Telephone:  206.389.4510
                                              Facsimile:  206.389.4511
                                              Email:      bbuckley@fenwick.com

                                              Laurence F. Pulgram (admitted *pro hac vice*)
                                              Jedediah Wakefield (admitted *pro hac vice*)

                                              FENWICK & WEST LLP
                                              555 California Street, 12th Floor
                                              San Francisco, CA 94104
                                              Telephone:  415.875.2300
                                              Facsimile:  415. 281.1350
                                              Email:      lpulgram@fenwick.com
                                                          jwakefield@fenwick.com

                                              *Attorneys for Defendants*
                                              AMAZON.COM, INC. and
                                              AMAZON.COM SERVICES, INC.

1     Dated: July 29, 2021            Law Offices of David B. Richardson, P.S.

2                                By: */s/ David B. Richardson*
                                      David B. Richardson

3

4                                  Law Offices of David B. Richardson, P.S.
                                 2135 112th Ave., N.E., Suite 200
                                 Bellevue, WA 98004

5                                  Ph: 425-646-9801
                                 Fax: 425-451-2661

6                                  Email: david@dbrlaw.com

7                                  Brandon M. Wise (admitted *pro hac vice*)
                                 PEIFFER WOLF CARR KANE & CONWAY,

8                                  LLP
                                 818 Lafayette Ave., Floor 2

9                                  St. Louis, MO 63104
                                 Ph: 314-833-4825

10                                 Email: bwise@prwlegal.com

11                                 Aaron Siri, Esq. (admitted *pro hac vice*)
                                Mason Barney, Esq. (admitted *pro hac vice*)

12                                 SIRI & GLIMSTAD LLP
                                200 Park Avenue, 17th Floor

13                                 New York, NY 10166
                                Telephone: 212-532-1091

14                                 Email: aaron@sirillp.com
                                Email: mbarney@sirillp.com

15

16                                 *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2    Having considered the Parties' Stipulated Motion to Transfer Venue, the Court finds that

3    venue is appropriate in the United States District Court for the Northern District of Illinois pursuant

4    to 28 U.S.C. § 1404(a) and that transfer to that District will advance the convenience of the parties

5    and witnesses, the interests of justice, and judicial economy because an additional action pending

6    within the District is likely to concern substantially the same parties, property, transaction, or event

7    as alleged in this action.

8    It is HEREBY ORDERED that:

9    1.  The Stipulated Motion to Transfer Venue (Dkt. No. 15) is GRANTED.

10   2.  The Clerk of Court is directed to transfer this case to the United States District

11       Court for the Northern District of Illinois under 28 U.S.C. § 1404(a).

12   3.  All dates on this Court's calendar for this action shall be withdrawn in light of the

13       transfer.

14   DATED this 29th day of July, 2021.

15

16                    s/Barbara J. Rothstein
                      Barbara Jacobs Rothstein
17                    U.S. District Judge

18

19

20

21

22

23

24

25

26

27

28