

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     312-435-5670
**Clerk**

Date: 8/2/2021

All Counsel of Record

Re: Flores et al v. Amazon.com Inc et al
USDC Case Number: 21-cv-4064

Dear Counselor:

Our records indicate that you have filed document(s) in the above-entitled cause. Since your office is not within the jurisdiction of this District, we wish to call your attention to the requirements of our Local Rule 83.15. This rule states: **RULE 83.15 DESIGNATION OF LOCAL COUNSEL FOR SERVICE**

A.  **Designation of Local Counsel**
    An attorney not having an office within this District shall appear before this Court only upon having designated, at the time of filing his/her initial notice or pleading, a member of the bar of this Court having an office within this District upon whom service of papers may be made. The attorney so designated shall not file a separate appearance unless he/she is to participate in the case beyond the extent required of an attorney designated pursuant to this Rule.

B.  **Penalties for Failing to Designate Local Counsel**
    Where the nonresident attorney tenders documents without the required designation of local counsel, the Clerk shall process them as if the designation were filed and shall promptly notify the attorney in writing that the designation must be made within thirty (30) days. If the attorney fails to file the designation within that time, the documents filed by him/her may be stricken by the court.

C.  **Duties of Local Counsel**
    An attorney designated pursuant to this Rule shall be responsible for receiving service of notices, pleadings and other documents and promptly notifying the designating attorney of their receipt and contents. In emergencies, the designated attorney may appear on behalf of the designating attorney. This Rule does not require the designated attorney to handle any substantive aspects of the litigation (such matters may be handled by the out-of-district attorney under Local Rules 83.12 or 83.14, as the case may be) or to sign any pleading, motion or other paper (see Fed. R. Civ. P. 11).

                                            Sincerely yours,
                                            Thomas G. Bruton
                                            By: /s/ Paula Harrison
                                                  Deputy Clerk

Rev. 11/29/2016