**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Lucia Flores, et al.,

Plaintiff(s),

v.

Amazon.com Inc, et al.,

Defendant(s).

Case No.  21 C 4064
Judge Franklin U. Valderrama

<u>**JUDGMENT IN A CIVIL CASE**</u>

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

      which ☐ includes    pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama.


Date:  5/24/2022

Thomas G. Bruton, Clerk of Court

Analeah Charles, Deputy Clerk